# EXHIBIT A

# Credit Control, LLC

5757 Phantom Dr Ste 330  Hazelwood, MO 63042    877-431-7784

Hours of Operations: Mon-Thurs 9am-6pm, Fri 8am-5pm EST

February 14, 2018

Current Creditor: LVNV Funding LLC
Original Creditor: Washington Mutual Bank NA
Our Account #: 18393787
Original Acct: ▓▓▓▓▓▓▓▓
Principal Balance: $473.89
Interest Balance: $343.45
**Balance Due:   $817.34**
Charge-off Date: 10/31/2005

Last Date of Payment: 05/31/2005

$Save big money by putting your tax refund to work!$

Dear Ousmane Ndoye,

Please be advised that LVNV Funding LLC the Current Creditor - Debt Purchaser, has purchased the account referenced above. We have been authorized to offer you the following options:

| Payment Option 1 | Payment Option 2 | Payment Option 3 |
|---|---|---|
| ➤ Take **60%** off the balance<br>➤ Pay **$326.93** | ➤ Take **50%** off the balance<br>➤ Pay **$68.11** each month for the next **6** months | ➤ Take **40%** off the balance<br>➤ Pay **$27.24** each month for the next **18** months |

Upon completion of one of the options above and clearance through the banking system, your account will be considered resolved. We are not obligated to renew this offer. Please call 877-431-7784 to discuss this offer with one of our representatives.

The law limits how long you can be sued on a debt. Because of the age of your debt, LVNV Funding LLC will not sue you for it, and LVNV Funding LLC will not report it to any credit reporting agency.

Unless you, within 30 days after receipt of this notice, dispute the validity of the debt, or any portion thereof, the debt will be assumed to be valid by this office. If you notify this office in writing within the 30-day period that the debt, or any portion thereof, is disputed, this office will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by this office. Upon your written request within the 30-day period, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication from a debt collector is an attempt to collect a debt. Any information obtained will be used for that purpose.

CCON/RSFGOSVT  296166533764   Additional consumer rights may be found on the back of this notice.         27137/0012374/54

| IF YOU WISH TO PAY BY VISA, MASTERCARD, OR AMERICAN EXPRESS FILL IN THE INFORMATION BELOW |||
|---|---|---|
| Card Number: |||
| * CVV Number: | Expiration Date: / | Payment Amount: $ | Account Number: 18393787 |
| Card Holder Name: || Signature of Cardholder: |
| Card Holder Billing Address: |||

P.O. Box 1945
Southgate, MI 48195-0945

*For Visa/MasterCard, the three-digit CVV number is printed on the signature panel on the back of the card immediately after the card's account number. For American Express, the four-digit CVV number is printed on the front of the card above the card account number.

Ousmane Ndoye
24701 E Applewood Cir Unit 1338
Aurora, CO 80016-3937

Credit Control, LLC
PO BOX 100
HAZELWOOD, MO 63042


To make a payment online, please visit our website at www.credit-control.com

RSFGOSVT